159 A.3d 882

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MA-
HESHKUM M. PATEL (A/K/A MAHESHKUMAR PATEL, MA-
HESHKUM MANUBHAI PATEL, MAHESHKUMAR MANUBHAI
PATEL, MAHESHKUM PATEL, MAHESH KUMAR, MANUBHAI
PATEL, MAHESHKUMAR M. PATEL, M.M. PATEL, AND MA-
HESHKUHAR MANUBHAI-PATEL), DEFENDANT-PETITION-
ER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002601–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.